THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PREWETT ENTERPRISES, INC.,                      )
d/b/a B&P ENTERPRISES,                          )
                            Plaintiff,          )
    v.                                          )          Case No. 18-cv-04254
                                                )
CEDAR RIVER RAILROAD CO.,                       )          Judge John J. Tharp Jr.
CHICAGO CENTRAL AND PACIFIC                     )
    RAILROAD CO.,                               )
GRAND TRUNK WESTERN RAILROAD CO.,               )
ILLINOIS CENTRAL RAILROAD CO.,                  )
WISCONSIN CENTRAL LTD.,                         )
WISCONSIN CHICAGO LINK LTD., and                )
CANADIAN NATIONAL RAILWAY CO.,                  )
                                                )
                            Defendants.         )
_____         )
                                                )
CHICAGO CENTRAL AND PACIFIC                     )
    RAILROAD CO.,                               )
GRAND TRUNK WESTERN RAILROAD CO.,               )
ILLINOIS CENTRAL RAILROAD CO.,                  )
WISCONSIN CENTRAL LTD.,                         )
WISCONSIN CHICAGO LINK LTD.,                    )
                                                )
                      Counter-Plaintiffs,       )
    v.                                          )
                                                )
PREWETT ENTERPRISES, INC.,                      )
                                                )
                      Counter-Defendant.        )
_____

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION
MEMORANDUM *INSTANTER* AND TO EXTEND DEFENDANTS' TIME TO REPLY**

Plaintiff Prewett Enterprises Inc. ("Prewett") respectfully seeks leave to file one of two

memorandum out of time and *instanter*. In support of the motion, Prewett states as follows:

1.      The parties appeared before this Court on November 8, 2018 to, among other

things, set a briefing schedule on Defendants' 12(b)(6) motion and Defendant CNR's 12(b)(2)

motion.  At that time, the Court asked me – Prewett's counsel – how long Prewett wanted to respond to the motions, and I stated, "one week."  At that time, I was aware that November 22 was the Thanksgiving holiday and that November 23 was the day after Thanksgiving, but:

(A)     I was not aware that Defendants would move on November 16 to increase the length of their respective motions to 22 and 30 pages respectively.

(B)     I was not aware that on the following Tuesday, I would diagnosed and treated for bronchitis; and

(C)     I was aware, but did not properly recall or factor in, that Valorem Law Group would be closed on November 23.

2.     Defendant CNR filed its 12(b)(2) jurisdictional motion on November 16, and Prewett successfully filed its opposition memorandum on the due date, November 23 (Dkt.73).

3.     Defendants filed their joint 12(b)(6) motion to dismiss on November 16, and Prewett needed the weekend and an extra work day, until Monday, November 26 to get its opposition filed (Dkt.74).

Wherefore, Prewett respectfully seeks leave to file Dkt.74 *instanter*.  Prewett also requests this Court to extend Defendants' reply to the delayed opposition by a full week, from November 30 to December 7, which will give it eleven days from today, or for any other length of time the Court deems appropriate.

Dated:  November 26, 2018                    Respectfully submitted,
                                            *Prewett Enterprises Inc.*

                                            /s/ *Stuart J. Chanen*
                                            Stuart J. Chanen
                                            Valorem Law Group
                                            218 N. Jefferson Street, Suite 300
                                            Chicago, IL  60661
                                            (312) 676-5480
                                            Stuart.Chanen@valoremlaw.com